IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RHOSHUNDRA HARVEY,** | ) |
| Petitioner, | ) |
| v. | ) 2:09-cv-00996-JHH-JEO |
| **WARDEN FRANK ALBRIGHT**, **THE ATTORNEY GENERAL of the STATE of ALABAMA, STATE OF ALABAMA, and JEFFERSON COUNTY CIRCUIT CLERK,** | ) |
| **Defendants.** | ) |

## MEMORANDUM OF OPINION

The court has considered the Petition (doc. 1) along with Magistrate Judge's Report and Recommendation (doc. 2) that this petition be dismissed for failure to state a claim of constitutional dimension and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed for failure to state a claim of constitutional dimension. An appropriate order will be entered.

**DONE** this the   29th   day of June, 2009.

*/s/ James H. Hancock*
SENIOR UNITED STATES DISTRICT JUDGE